SLADE et al. v. BENNETT et al. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Appeal from Special Term, New York County. Action by Howard Slade and another against Elbert A. Bennett and another. From an order granting the motion of defendant Bennett, and striking out parts of the supplemental complaint as irrelevant, plaintiffs appeal. Modified and affirmed. See, also, 132 App. Div. 927, 117 N. Y. Supp. 1147, and 133 App. Div. 666, 118 N. Y. Supp. 278. Charles L. Craig, for appellants. Joseph M. Hartfield, for respondent.

PER CURIAM. The order should be modified, by providing that paragraphs 1 to 21, both inclusive, paragraphs 24 to 31, both inclusive, and paragraphs 34 to 51, both inclusive, of the supplemental complaint, be stricken out as irrelevant; and the order should be further modified, so as to provide that the plaintiffs may serve upon the defendant a supplemental complaint, containing paragraphs 22, 23, 32, 33, 52, and 53 of the amended complaint heretofore served, within five days from service of a copy of the order to be entered hereon, with notice of entry upon the attorneys for the plaintiffs. As so modified, the order appealed from should be affirmed, without costs.